IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN HARDIN                                                                                  PLAINTIFF

v.                                      3:04CV00049 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,606.25 and expenses in the amount of $82.20 pursuant to the EAJA. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE